**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Linda D. Worthington                                                                 Chapter 7

           Debtor(s)                                                                 Bankruptcy No. 25-13843-amc

**O R D E R**

AND NOW, this 4th day of Dec., 2025, the Court having conducted a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case, it is hereby

ORDERED that the debtor(s) are directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the **Chapter 7 trustee Lynn Feldman on Dec. 17, 2025 at 9:30 a.m. by Zoom.us - Feldman: Meeting ID 338 913 1039, Passcode 3443449121, Phone 1 (267) 635-2246.** Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest. This will be the final rescheduling of the Meeting of Creditors; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held on Jan. 7, 2026 at 12:30 p.m., United States Bankruptcy Court, Bankruptcy Courtroom No. 4, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania for the purpose of determining whether the debtor complied with the terms of this Order and whether the Court should dismiss the case.

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rules 4004(a) and 4007(b) and (c) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after the date on which the meeting of creditors is actually conducted (or upon the filing and service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

                                                          HONORABLE ASHELY M. CHAN
                                                          Chief United States Bankruptcy Judge

cc:    Counsel for debtor(s)
        Debtor(s)
        Chapter 7 trustee
        United States Trustee